1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SHARON RANDALL, et al.,                    No. 11-3288 JSC

12                    Plaintiffs,               **CASE MANAGEMENT
                                                CONFERENCE ORDER NO. 1**
13        v.

14   CITY OF OAKLAND, et al.,

15                    Defendants.
                                          /
16   ——————————————————————————

17        The Court held a an initial case management conference in the above case on October

18   20, 2011 at 1:30 p.m.  Counsel for Defendants appeared, but counsel for Plaintiffs did not

19   appear.  Upon review of the parties' case management conference statements, the Court

20   orders as follows:

21        1.    The parties shall participate in a settlement conference before Magistrate Judge

22              Laurel Beeler on or before January 18, 2012.

23        2.    A further case management conference shall be held on **February 9, 2012 at

24              1:30 p.m.** A joint case management statement shall be filed by February 2,

25              2012.

26        3.    All discovery, except for initial disclosures, is stayed pending further order of

27              the Court, although the parties are encouraged to informally exchange

28              information to facilitate a meaningful settlement conference.

**United States District Court**
For the Northern District of California

**IT IS SO ORDERED.**

Dated:  October 20, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California