JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
E-Mail:  john.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324
E-Mail:  glibet@sbcglobal.net

Attorneys for Plaintiffs

James F. Hodgkins. Esq./ State Bar # 142561
Supervising Trial Attorney
Oakland City Attorney's Office
One Frank Ogawa Plaza, Sixth Floor
Oakland, CA 94612
Telephone: (510) 238-6135
Facsimile:  (510) 238-6500
E-Mail:     Jhodgkins@oaklandcityattorney.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON RANDALL, as guardian ad litem for JAMAR BRYANT, a minor, and, SHARON RANDALL,<br><br>           Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal orporation; HOWARD JORDAN, in his capacity as Acting Chief of Police for CITY OF OAKLAND; and, DOES 1-25, inclusive, individually, and in their capacity as police officers for CITY OF OAKLAND,<br><br>_____Defendants._____/ | Action No.  C-11-3288-JSC (LB)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE** |

## STIPULATION

    All parties to this action stipulate and agree, by and through their respective counsel, as follows:

    1.  The parties have not yet conducted any discovery;

    2.  It is necessary for plaintiff's counsel to file a Stipulation and Order for Leave to File First

Amended Complaint and First Amended Complaint in order to substitute the names of defendant officers for DOE defendants.  Although plaintiffs' counsel still does not have more clear information or documents regarding who was present at the subject incident; which OPD officers were actually involved in the subject incident; what OPD officers allege occurred; any plaintiff, OPD officers, or witness information or statements that were taken by OPD; and/or any photographs that were taken of the scene or persons at the scene by OPD, defense counsel has produced the names of the OPD officers who were involved;

3.  The parties cannot conduct a meaningful Settlement Conference at this time for the above-stated reasons;

5.  Therefore, good cause appearing, and counsel have conferred and agreed, the parties request that this Court continue the Settlement Conference presently scheduled for December 20, 2011 to a date approximately sixty (60) days from that date;

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated:_____ By: /s/_____
                                      GAYLA B. LIBET, Esq.
                                      Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated:_____ By:  /s/_____
                                      JOHN L. BURRIS, Esq.
                                      Attorneys for Plaintiff

OAKLAND CITY ATTORNEY'S OFFICE


Dated:_____ By: /s/_____
                                         JAMES F. HODGKINS, Esq.
                                         Attorneys for Defendants


## ATTORNEY ATTESTATION

    I hereby attest that I have on file all holograph signatures for any signatures indicated

by a conformed signature, indicated as "/s/ " within this E-filed document.


Dated:_____ By:_____
                                         GAYLA B. LIBET, Esq.


## ORDER

    PURSUANT TO STIPULATION, IT IS SO ORDERED.   The settlement conference shall
  be completed by February 21, 2012.

Dated:_ December 16, 2011 _____        _____
                                         HONORABLE JACQUELINE SCOTT CORLEY
                                         United States District Court Magistrate Judge