UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON RANDALL, *et al.*, | No. C 11-03288 JSC (LB) |
| Plaintiffs, | |
| v. | **ORDER DIRECTING PLAINTIFFS TO COMPLY WITH SETTLEMENT CONFERENCE PROCEDURES** |
| CITY OF OAKLAND, *et al*., | |
| Defendants. | |

On October 10, 2011, Judge Corley referred the above-captioned matter to this court for settlement purposes. ECF No. 12 at 1. The court issued a notice and order regarding settlement conference, which set the conference for February 7, 2012. ECF No. 19 at 1. The order requires the parties to lodge copies of their settlement conference statements no later than seven days before the conference. *Id.* at 3. The order also requires Plaintiffs to serve a demand on Defendant in writing. *Id.* at 4. Plaintiffs complied with neither of these provisions. The court **ORDERS** Plaintiffs to comply with these provisions immediately (sending copies of the statements to lbpo@cand.uscourts.gov) or risk having the court vacate the settlement conference.

**IT IS SO ORDERED.**

Dated: February 2, 2012

LAUREL BEELER
United States Magistrate Judge

ORDER
C 11-03288 JSC (LB)