UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| Sharon Randall, | No. C 11-3288 JSC (LB) |
| Plaintiff(s), | **ORDER** |
| v. | |
| City of Oakland, et al., | |
| Defendant(s). | |

This case has been referred to this court for a settlement conference. In their settlement conference statement, Plaintiffs made a demand. See page 8. Defendants are ordered to respond to that demand by 4:00 p.m. on Monday, February 6, 2012. Defendants should inform the court of that response by that same time by email to the court's orders box at lbpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: February 6, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-3288 JSC (LB)